**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Dasha Dayla Ronika Jennings and Kordell Johnson,
Defendants,

Of whom Kordell Johnson is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-002148

Appeal From Greenville County
William J. Wylie, Jr., Family Court Judge

Unpublished Opinion No. 2016-UP-211
Submitted May 3, 2016 – Filed May 6, 2016

**AFFIRMED**

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC,
of Mauldin; and Rosemerry Felder-Commander, of the

South Carolina Department of Social Services, of
Greenville, for Respondent.

John Brandt Rucker, of Brandt Rucker Attorney at Law,
of Greenville, for the Guardian ad Litem.

**PER CURIAM:** Kordell Johnson appeals the family court's final order
terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570
(Supp. 2015). Upon a thorough review of the record and the family court's
findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C.
465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.
Accordingly, we affirm the family court's ruling and relieve Johnson's counsel.

**AFFIRMED.**[1]

**HUFF, A.C.J., and KONDUROS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.